# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GEORGE HUFFMAN, <br><br> Plaintiff(s), <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendant(s). | CASE NO. C25-5370-KKE <br><br> ORDER GRANTING STIPULATED MOTION TO EXTEND CASE SCHEDULE |

The parties stipulated to a continuance of the trial date and case schedule. Dkt. No. 11. The Court finds good cause to support a continuance, and therefore GRANTS the motion to continue the trial date. The unexpired deadlines in the previous case schedule (Dkt. No. 12) are VACATED. The courtroom deputy is directed to issue an amended case schedule based on a trial date of November 30, 2026, and consistent with the Court's standard case schedule. *See* Dkt. No. 9.

If any date in the amended case schedule causes an irreconcilable conflict, the parties shall contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov no later than 14 days after the amended case schedule is entered.

Dated this 8th day of December, 2025.

*[signature]*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND CASE SCHEDULE - 1