UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE HUFFMAN,<br><br>Plaintiff(s),<br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendant(s). | CASE NO. C25-5370-KKE<br><br>ORDER VACATING CASE DEADLINES |

The parties have notified the Court that they have settled this case. The parties request that while they finalize settlement, the Court vacate the case deadlines. In accordance with the parties' notice, the Court VACATES the trial date and pretrial deadlines previously set. Dkt. Nos. 15, 25. The parties shall file their settlement papers no later than December 29, 2026.

Dated this 30th day of October, 2026.

Kymberly K. Evanson

Kymberly K. Evanson
United States District Judge